# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nordberg, John A. | Northern District of Illinois | 07/11/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Inactive Status | ☐ Nomination  Date  <br> ☐ Initial  ☐ Annual  ☑ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 04/21/2014 |

**7. Chambers or Office Address**

26 Briar Road
Gold, Illinoi

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee - non-paid | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/11/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mylan Labs, Inc. C.S. | | None | M | T | | | | | |
| 2. Valspar Corp. C.S. | C | Dividend | N | T | | | | | |
| 3. | | | | | Sold (part) | 01/24/14 | M | | |
| 4. Sprint Nextel Corp. C.S. | | None | J | T | | | | | |
| 5. Waste Management C.S. | A | Dividend | J | T | | | | | |
| 6. Dreyfus W.W.D.M.M.F. | | None | J | T | | | | | |
| 7. Fidelity Slect Health M.F. | | None | L | T | | | | | |
| 8. Nicholas M.F. | A | Distribution | K | T | | | | | |
| 9. Nicholas II M.F. | A | Distribution | M | T | | | | | |
| 10. Nicholas Ltd. M.F. | A | Distribution | J | T | | | | | |
| 11. T.R. Price Int'l Disc. M.F. | A | Distribution | K | T | | | | | |
| 12. T.R. Price Int'l Stk. M.F. | A | Distribution | K | T | | | | | |
| 13. T.R. Price Sci-Tech. M.F. | | None | L | T | | | | | |
| 14. Columbia Mid-Cap Growth | C | Distribution | N | T | | | | | |
| 15. American Century Ultra M.F. | B | Dividend | O | T | | | | | |
| 16. Fidelity Div. Growth M.F. IRA | D | Distribution | M | T | Sold (part) | 12/31/13 | K | | Redemption MRD |
| 17. Illinois Judges' Retir. Pension | F | Distribution | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  AIM Helath Sciences F. | | None | J | T | | | | | |
| 19.  U.S. Bancorp C.S. | A | Dividend | K | T | | | | | |
| 20.  Gabelli Global Telecomm. F. | A | Distribution | K | T | | | | | |
| 21.  Trust # 1- See VIII | C | Royalty | J | W | | | | | |
| 22.  ComCast Corp. New Class A C.S. | A | Dividend | K | T | | | | | |
| 23.  Wells Fargo Co. | B | Dividend | M | T | | | | | |
| 24.  Wells Fargo Common Stock Mutual Fund | | None | L | T | | | | | |
| 25.  Pfizer Corp. C.S. | A | Dividend | K | T | | | | | |
| 26.  Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 27.  Janus Overseas M.F. | A | Dividend | K | T | | | | | |
| 28.  Paychex C.S. | A | Dividend | K | T | | | | | |
| 29.  General Dynamics | A | Dividend | | | Sold | 08/06/13 | J | | |
| 30.  AT&T Corp. | B | Dividend | K | T | | | | | |
| 31.  Western Union Co. | A | Dividend | J | T | | | | | |
| 32.  Spousal Investments | | | | | | | | | |
| 33.  AT&T Corp. | B | Dividend | K | T | | | | | |
| 34.  DeVry Inc. C.S. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Century Link Inc. | A | Dividend | J | T | | | | | |
| 36. Diamond Hill Finl Trends | A | Dividend | | | Sold | 03/22/13 | J | | |
| 37. Johnson & Johnson C.S. | C | Dividend | M | T | | | | | |
| 38. Kilroy Realty C.S. | A | Dividend | K | T | | | | | |
| 39. M.G.I.C. C.S. | | None | J | T | | | | | |
| 40. Mylan Labs | | None | | | Buy (add'l) | 01/14/13 | J | | |
| 41. | | | | | Sold | 03/28/13 | J | | |
| 42. Northern Trust C.S. | A | Dividend | J | T | | | | | |
| 43. Paychex Inc. C.S. | A | Dividend | J | T | | | | | |
| 44. Sprint Nextel Corp. | | None | J | T | | | | | |
| 45. Windstream C.S. | A | Dividend | J | T | | | | | |
| 46. Columbia Acorn Int'l F. | A | Dividend | K | T | | | | | |
| 47. Evergreen M.M. Trust | A | Dividend | J | T | | | | | |
| 48. Expeditors Int'l of Washington | A | Dividend | | | Buy | 05/03/13 | J | | |
| 49. | | | | | Sold | 10/11/13 | K | | |
| 50. General Dynamics | A | Dividend | J | T | | | | | |
| 51. Phillips 66 | | None | | | Sold | 01/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. E N I SPA Sponsored ADR | A | Dividend | | | Sold | 09/11/13 | J | | |
| 53. Celgene Corp. | | None | J | T | | | | | |
| 54. Mastercard Inc. Class A | A | Dividend | J | T | | | | | |
| 55. Vanguard Short Term Investment Grade Fund | A | Int./Div. | K | T | Buy (add'l) | 01/02/13 | J | | |
| 56. | | | | | Buy (add'l) | 02/01/13 | J | | |
| 57. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 58. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 59. | | | | | Sold (part) | 04/17/13 | J | | |
| 60. | | | | | Sold (part) | 04/26/13 | J | | |
| 61. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 62. | | | | | Sold (part) | 05/03/13 | K | | |
| 63. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 64. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 65. | | | | | Sold (part) | 07/05/13 | J | | |
| 66. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 67. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 68. | | | | | Buy (add'l) | 10/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 70. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 71. | | | | | Buy (add'l) | 01/02/14 | J | | |
| 72. | | | | | Sold (part) | 01/31/14 | J | | |
| 73. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 74. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 75. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 76. Nicholas F. | A | Dividend | N | T | | | | | |
| 77. Berkshire Hathaway Cl. B. | | None | K | T | | | | | |
| 78. M&I Bank Baird M.M.F. | A | Interest | J | T | | | | | |
| 79. Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 80. Chase Bank Checking | A | Interest | J | T | | | | | |
| 81. Fidelity Div. Growth IRA | D | Distribution | J | T | Redeemed (part) | 12/31/13 | J | | |
| 82. Gabelli Global Tlecom M.F. | A | Distribution | J | T | | | | | |
| 83. Wells Fargo Co. | B | Distribution | M | T | | | | | |
| 84. Wells Fargo Common Stock Mutual Fund | A | Dividend | L | T | | | | | |
| 85. Eli Lilly & Co. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fiserv Inc. | | None | J | T | | | | | |
| 87. Market Corp. | | None | J | T | Buy (add'l) | 01/08/13 | J | | |
| 88. | | | | | Sold (part) | 07/09/13 | J | | |
| 89. Sigma Aldrich Corp. | A | Dividend | J | T | | | | | |
| 90. Chevron Corp. C.S. | A | Dividend | J | T | | | | | |
| 91. Roche Holding Limited Sponsored ADR | A | Dividend | K | T | | | | | |
| 92. Microsoft Corp | | None | | | Sold | 01/11/13 | J | | |
| 93. Oracle | A | Dividend | | | Buy (add'l) | 01/31/13 | J | | |
| 94. | | | | | Sold | 04/03/14 | K | | |
| 95. Proctor & Gamble Co | A | Dividend | | | Sold | 12/31/13 | J | | |
| 96. Quidel Corp | | None | J | T | Buy (add'l) | 04/03/14 | J | | |
| 97. Abbot Laboratories | A | Dividend | J | T | Buy (add'l) | 02/08/13 | J | | |
| 98. Visa Inc. Cl A | A | Dividend | K | T | | | | | |
| 99. Medtronic Inc. | A | Dividend | | | Sold | 04/15/13 | J | | |
| 100. Google Inc. Cl A | | None | J | T | | | | | |
| 101. CME Group Inc. Class A | A | Dividend | K | T | Buy (add'l) | 01/14/13 | J | | |
| 102. Qualcomm Inc. | A | Dividend | | | Buy | 01/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 01/31/13 | J | | |
| 104. | | | | | Sold | 09/17/13 | K | | |
| 105. XL Group PLC | A | Dividend | | | Buy | 04/09/13 | J | | |
| 106. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 107. | | | | | Sold | 01/09/14 | J | | |
| 108. Bard C R Inc. | A | Dividend | K | T | Buy | 04/15/13 | J | | |
| 109. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 110. Williams Cos Inc. Del | A | Dividend | K | T | Buy | 04/16/13 | J | | |
| 111. | | | | | Buy (add'l) | 07/05/13 | J | | |
| 112. American Tower Corp New | A | Dividend | K | T | Buy | 05/03/13 | J | | |
| 113. | | | | | Buy (add'l) | 10/11/13 | J | | |
| 114. Flleetcoor Technologies Inc. | | None | K | T | Buy | 08/06/13 | J | | |
| 115. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 116. ITC Holdings Corp. | A | Dividend | K | T | Buy | 09/11/13 | J | | |
| 117. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 118. Taiwan Semiconductor | A | Dividend | K | T | Buy | 10/11/13 | J | | |
| 119. | | | | | Buy (add'l) | 01/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Nestle S A Spnsd ADR | A | Dividend | K | T | Buy | 12/31/13 | J | | |
| 121. | | | | | Buy (add'l) | 01/09/13 | J | | |
| 122.  Philip Morris Int'l Inc. | A | Dividend | K | T | Buy | 12/31/13 | J | | |
| 123. | | | | | Buy (add'l) | 01/09/14 | J | | |
| 124. | | | | | Buy (add'l) | 01/31/14 | J | | |
| 125.  ASML Holding | A | Dividend | J | T | Buy | 04/03/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 07/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#20.  Trust # 1 -- sole assets:  cash and partial interest in oil and gas rights in Texas County, Oklahoma.  As of April 21, 2014, I was one of the remaining 4 beneficiaries with approximately 1/4 interest in the Trust.

Dreyfus W.W.D.M.M.F. was sold in full on October 15, 2012, for a total amount less than $15,000, and this transaction was inadvertently omitted from that report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Nordberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544